Certificate Number: 05781-UT-DE-041518257

Bankruptcy Case Number: 25-21058

05781-UT-DE-041518257

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 3, 2026, at 5:53 o'clock PM PDT, J Maudsley completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Utah.

Date: October 3, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President